JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO J. CUELLAR BARRERA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BOB'S DISCOUNT FURNITURE, LLC, a Massachusetts Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendant. | Case No.: 2:24-cv-11077-DSF-PVC<br><br>[*Assigned to District Judge Dale S. Fischer and Magistrate Judge Pedro V. Castillo*]<br><br>**ORDER GRATING STIPULATION TO: (1) DISMISS CLASS ALLEGATIONS AND (2) REMAND CASE BACK TO STATE COURT**<br><br>[*Filed Concurrently Stipulation to Dismiss the Class Allegations and Remand the Case Back to State Court)*]<br><br>Complaint Filed: October 3, 2024<br>Trial Date:　　Not Set |

# ORDER

**IT IS HEREBY ORDERED:** Pursuant to the Parties' Stipulation, the Agreement to Arbitrate Disputes, attached as **Exhibit A**, and good cause being shown, it is hereby ordered:

1. The Class Action is dismissed without prejudice;
2. This action is remanded to State Court and all pending Federal Court dates are hereby vacated; and
3. The Federal Court case is closed.

**IT IS SO ORDERED.**

DATED: February 20, 2025

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

# Bob's Discount Furniture
# Mutual Dispute Resolution Agreement

I. <u>Introduction</u>

Bob's Discount Furniture ("Company") believes that most work-related concerns can be addressed with the employees' manager or Human Resources. Thus, employees are encouraged, but not required, to speak with their manager or Human Resources to resolve any work-related problem before initiating the procedures set forth in this Mutual Dispute Resolution Agreement ("Agreement"). Where resolution cannot be achieved through the Company's internal resources, the undersigned employee ("Employee") or the Company may request arbitration and must use the procedures in this Agreement instead of a trial in court, unless Employee timely opts out of this Agreement as provided below. Arbitration is the process by which a neutral third party makes a binding decision relating to a dispute. The Federal Arbitration Act (9 U.S.C. Sections 1, *et seq*.) shall govern this agreement.

**Both the Company and Employee understand that by using arbitration to resolve disputes they are giving up any right that they may have to a judge or jury trial with regard to all claims subject to this Agreement. You may wish to review this Agreement with legal counsel. The Company encourages you to do so.**

II. <u>Covered Claims</u>

**The substantive and procedural provisions of the Federal Arbitration Act (9 U.S.C. Sections 1, et seq.) ("FAA") shall govern this Agreement, to the fullest extent permitted by applicable law**. Other than as provided in this Agreement, any controversy, dispute or claim between Employee and the Company, including its officers, directors, employees, agents, parents, subsidiaries, affiliated companies, or successors, arising out of the employment relationship shall be settled by binding arbitration, at the request of either party. Arbitration shall be the exclusive method for resolving any covered dispute, provided, however, that either party may request provisional relief from a court of competent jurisdiction without waiving the right to arbitration, to the extent provided by applicable federal or state law, upon the ground that the award to which the party may be entitled may be rendered ineffectual without provisional relief.

The claims which are to be arbitrated under this Agreement include, but are not limited to, claims for wages and other compensation, breach of contract (express or implied), misappropriation of trade secrets or unfair competition, violation of public policy, wrongful termination; tort claims; claims for unlawful retaliation, discrimination and/or harassment; and claims for violation of any federal, state, or other government law, statute, regulation, or ordinance, such as, for example, claims under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964; the Fair Labor Standards Act; the Family and Medical Leave Act; the Americans with Disabilities Act of 1990; the Rehabilitation Act of 1973; Section 1981 through 1988 of Title 42 of the United States Code; the Equal Pay Act of 1963; the Pregnancy Discrimination Act; and the Worker Adjustment and Retraining Notification Act.

The claims which are not covered by this Agreement are: claims for workers' compensation or unemployment insurance benefits, petitions or charges that could be brought before the National Labor Relations Board or claims under a collective bargaining agreement, claims under employee pension, welfare benefit or stock option plans if those plans contain some form of procedure for resolution of disputes under the plan, claims by federal law which are not subject to mandatory binding pre-dispute arbitration, representative claims for public injunctive relief under California

Business and Professions Code § 17203 and representative claims under California's Private Attorneys General Act of 2004, California Labor Code §§ 2698, *et seq*. Nothing in this Agreement precludes the employee from filing a charge with the Equal Employment Opportunity Commission or similar state or local agency or precludes the parties from participating in any investigation before a federal, state, local or other governmental agency.

### III. Waiver of Multi-Plaintiff, Class, Collective and Representative Actions

Except where prohibited by federal law, covered claims must be brought on an individual basis only, and arbitration on an individual basis is the exclusive remedy. Neither party may submit a multi-plaintiff, class, collective or representative action for resolution under this Agreement, and no arbitrator has authority to proceed with arbitration on such a basis. Any disputes concerning the validity of this multi-plaintiff, class, collective and representative action waiver will be decided by a court of competent jurisdiction, not by the arbitrator. In the event a court determines this waiver is unenforceable with respect to any claim, then this waiver shall not apply to that claim, that claim must be filed in a court of competent jurisdiction, and such court shall be the exclusive forum for that claim.

### IV. Authority to Determine Arbitrability

The arbitrator shall have the exclusive authority to resolve any dispute relating to the enforceability or formation of this Agreement (including all defenses to contract enforcement such as, for example, waiver and unconscionability) or the arbitrability of any claim except as provided in Section III. Enforcement of this Agreement may not be precluded on the grounds that (1) a party to this Agreement also is a party to a pending court action or special proceeding with a third party arising out of the same transaction or series of related transactions, or (2) a party to this Agreement asserts arbitrable and non-arbitrable claims.

### V. Procedures

The demand for arbitration must be in writing and must be made by the aggrieved party within the time period required under the applicable statute of limitations. Failure to do so constitutes a waiver to raise that claim in any forum. To initiate arbitration, Employee must deliver the written demand to the Company at _____, Attn: _____. For the Company to initiate arbitration, it must deliver the written demand for arbitration to Employee at the last known address recorded in Employee's personnel records.

The arbitration shall be before a single neutral arbitrator and administered by the Judicial Arbitration and Mediation Service ("JAMS") in the county in which the dispute arose unless the parties agree otherwise. The JAMS Employment Arbitration Rules & Procedures shall govern the arbitration proceedings. If the JAMS rules conflict with this Agreement, the provisions of this Agreement shall apply. Each party shall have the right to conduct discovery adequate to fully and fairly present the claims and defenses consistent with the streamlined nature of arbitration. Employee may obtain a copy of the JAMS Employment Arbitration Rules & Procedures before signing this Agreement at jamsadr.com, by calling JAMS at (800) 352-5267, or by contacting the Company's Human Resources department.

The arbitrator shall apply the substantive law relating to all claims and defenses to be arbitrated, including the award of any remedy or relief on an individual basis, in the same manner and to the same extent had the matter been heard in court. The arbitrator's award shall be in writing, with factual findings, reasons given, and evidence cited to support the award. Any authorized decision or award of the arbitrator shall be final and binding on the parties. Any court

of competent jurisdiction may enter judgment upon the award, either by (i) confirming the award or (ii) vacating, modifying, or correcting the award on any ground permitted by applicable law.

The Company shall pay all arbitration fees and costs that would not be incurred in a court proceeding. The parties shall each bear their own costs and attorneys' fees, except that as a part of any remedy that may be awarded, the arbitrator shall award the prevailing party costs and attorneys' fees but only to the extent permitted or required by the applicable substantive law. The costs unique to arbitration (for example, the arbitrator's or arbitration administration fees) will not be shifted to Employee, however.

VI.  Severability, Final Agreement

If any provision of this Agreement, or portion thereof, is held to be invalid, void, or unenforceable, it shall be interpreted in a manner or modified to make it enforceable. If that is not possible, it shall be severed and the remaining provisions of this Agreement shall remain in full force and effect.

This Agreement sets forth the final agreement of the parties with respect to its subject matter. It supersedes all prior negotiations, representations or agreements, whether written or oral, pertaining to arbitration of claims. **By issuance of this Agreement, the Company agrees to be bound by its terms without signing it.**

VII.  Opt Out

Arbitration is not a mandatory condition of employment. If the Employee does not want to be subject to this Agreement, the Employee may opt out by mailing via U.S. Mail, Return Receipt Requested, written notice of the intention to opt out within 30 calendar days of signing this Agreement to: Vice President of Human Resources, 428 Tolland Turnpike, Manchester, CT 06042. If the Company does not receive the written notice of the intention to opt out within the 30 calendar-day period, the Parties shall be bound by this Agreement. The Employee will not be subject to retaliation for exercising the right to assert claims or opt out of this Agreement.

**BY SIGNING BELOW, EMPLOYEE AFFIRMS THAT HE/SHE KNOWINGLY AND FREELY ENTERED INTO THIS AGREEMENT, HAS HAD SUFFICIENT TIME TO READ AND UNDERSTAND ITS TERMS, AND UNDERSTANDS THAT BY USING ARBITRATION TO RESOLVE DISPUTES, THE PARTIES ARE GIVING UP ANY RIGHT TO A JUDGE OR JURY TRIAL WITH REGARD TO ALL CLAIMS SUBJECT TO THIS AGREEMENT.**

_____    _____
Associate Signature                               Date


_____
Associate printed name

Maintain Worker Documents: Juan Cuellar (62306)

| Worker Document | Document Category | Business Process | Attachments | | |
|---|---|---|---|---|---|
| | | | Alternative Text | File Name | Upload Date |
| IMG_3414.jpeg | Vaccination | Add Vaccination: Juan Cuellar (62306) | | IMG_3414.jpeg | 03/19/2022 15:42:38 |

Reviewed Documents
Standard Documents

| Document | Effective Date | Document Attachment | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|---|---|
| CA EDD Paid Family Leave | 01/01/1900 | Paid_Family_Leave_CA_DE2511.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge that I have received the CA EDD Paid Family Leave pamphlet. |
| CA EDD Disability Insurance Provisions | 01/01/1900 | Disability_Insurance_Provisions_CA_DE2515.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge that I have received the CA EDD Disability Insurance Provisions pamphlet. |
| CA 2020 Commission Sales Associate Compensation Plan and FAQs | 09/10/2018 | CA 2018 Commission Sales Associate Compensation Plan and FAQs.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge my understanding and acceptance of the "Bob's Discount Furniture, LLC - Commission Plan". I understand that nothing contained herein is intended to create a contract of employment for any fixed period. |
| CA DFEH Sexual Harassment Publication | 01/01/1900 | Sexual_Harassment_CA_DFEH-185_Nov2017.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge that I have received the CA DFEH Sexual Harassment publication. |
| CA Workers' Compensation Benefits | 07/10/2018 | Time Of Hire Pamphlet-CA.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge that I have received the California workers' compensation Time of Hire pamphlet notifying me about my rights and benefits. |
| CA Mutual Dispute Resolution Agreement | 01/01/1900 | CA_Mutual_Dispute_Resolution_Agreement_08212017.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I affirm that I knowingly and freely entered into the Bob's Discount Furniture Mutual Dispute Resolution Agreement, have had sufficient time to read and understand its terms, and understand that by using arbitration to resolve disputes, the parties are giving up any right to a judge or jury trial with regard to all claims subject to this agreement. |
| CA Victims of Domestic Violence Leave Notice | 01/22/2018 | Victims_of_Domestic_Violence_Leave_Notice.pdf | e-signature | Juan Cuellar (62306) | 10/28/2018 12:25:26 | I acknowledge that I have received the Victims of Domestic Violence Leave Notice. |

Bob's Discount Furniture Proprietary and Confidential. For authorized use only.